No. 99–9721. GAYE v. KRAMER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–9722. ESPARZA-PONCE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–9723. EDSALL v. LAZAROFF, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–9724. ERVIN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 99–9729. HOWARD v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–9731. HOUSTON v. WESTERFIELD. C. A. 6th Cir. Certiorari denied.

No. 99–9732. HUSS v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 99–9735. WILLIAMS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–9737. EVANS v. FILLON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–9738. EVANS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–9739. GAUNTT v. MORGAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–9740. EVANS BEY v. PIERSON ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 99–9741. HENCE v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–9745. GARCIA ESTRADA v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 99–9746. HOWARD v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.